NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ETAGZ, INC.,**
*Plaintiff-Appellant*

**v.**

**FLAMBEAU, INC.,**
*Defendant-Cross-Appellant*

---

2014-1285, 2014-1295

---

Appeals from the United States District Court for the District of Utah in No. 2:10-cv-00240-BSJ, Senior Judge Bruce S. Jenkins.

---

## JUDGMENT

---

JOSEPH PIA, Pia Anderson Dorius Reynard & Moss, Salt Lake City, UT, argued for plaintiff-appellant. Also represented by BRETT JOHNSON, SARA PAYNE.

JOSEPHINE K. BENKERS, Quarles & Brady, LLP, Madison, WI, argued for defendant-cross appellant. Also represented by ANTHONY A. TOMASELLI, MARTHA JAHN SNYDER, STACY ANN ALEXEJUN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


    PER CURIAM (NEWMAN, CLEVENGER, and MOORE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| March 18, 2015 | /s/  Daniel  E.  O'Toole |
|:---:|:---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |